B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VTE Philadelphia, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3416888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**709-717 N. Penn Street**<br>**Philadelphia, PA**<br>ZIP Code **19138** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Philadelphia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**44 Wall Street**<br>**2nd Floor**<br>**New York, NY**<br>ZIP Code **10005** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**709-717 N. Penn Street**<br>**Philadelphia, PA 19138** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **VTE Philadelphia, LP** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)           (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | VTE Philadelphia, LP |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Alex Spizz
   Signature of Attorney for Debtor(s)

   **Alex Spizz AS-5508**
   Printed Name of Attorney for Debtor(s)

   **Nachamie Spizz Cohen & Serchuk, P.C.**
   Firm Name
   **425 Park Avenue
   5th Floor
   New York, NY 10022**

   Address

                    **Email: aspizz@nscslaw.com**
   **212-754-9400 Fax: 212-754-6262**
   Telephone Number

   **January 7, 2013**
   Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Joseph Tyrnauer
   Signature of Authorized Individual

   **Joseph Tyrnauer**
   Printed Name of Authorized Individual

   **Authorized Representative of Leser Group, LP - Gen. Partner**
   Title of Authorized Individual

   **January 7, 2013**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION

I, the undersigned, being the authorized representative of Leser Group, LP, the General Partner (the "GP") of VTE Philadelphia, LP, a Pennsylvania Limited Partnership (the "Company"), hereby certifies that in accordance with the Limited Partnership Agreement of VTE Philadelphia, LP dated March 22, 2006, the GP has adopted the following resolutions, and they have not been modified or rescinded, and remain in full force and effect:

"**RESOLVED**, that in the judgment of the GP it is desirable and in the best interests of the Company, its creditors, partners and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code, (the "Bankruptcy Code") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings; and it is further

**RESOLVED**, that Joseph Tyrnauer and such other individuals as designated by the GP, as the authorized representative of GP, (each an "Authorized Officer" and together the "Authorized Officers"), be and hereby is, authorized and directed, for and on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and cause the same to be filed in a United States Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby, is authorized and directed, for and on behalf of the Company to take or cause to be taken any and all actions, in compliance with applicable law, which the Authorized Officer taking such action(s) may deem necessary or appropriate to communicate the position of the Company, as set forth in the foregoing resolutions, to the Company's partners; and it is further

**RESOLVED**, that the Authorized Officers of the Company, or any of them, be and they are hereby are, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code, and in that connection to retain and

277928v1

employ Nachamie Spizz Cohen & Serchuk, P.C. as insolvency counsel, and to retain and employ other legal counsel or other professionals which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**IN WITNESS WHEREOF**, I have hereunto set my hand, this 7th day of January, 2013.

_s/ Joseph Tyrnauer_
Joseph Tyrnauer

NACHAMIE SPIZZ COHEN & SERCHUK, P.C.
Proposed Counsel to **VTE Philadelphia, LP**
Debtor and Debtor-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re:                                                          Chapter 11

VTE PHILADELPHIA, LP,                          Case No. _____ (_____)

                            Debtor.
_____x

## AFFIDAVIT OF JOSEPH TYRNAUER PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK   )
                                         ss.:
COUNTY OF NEW YORK )

Joseph Tyrnauer, the Manager of Pier 35 1/2, LLC, the General Partner of the Leser Group LP, which is the General Partner of VTE Philadelphia, LP, being duly sworn, deposes and says:

1.      I am an authorized representative of the Leser Group, LP the General Partner of VTE Philadelphia, LP ("The Debtor" or the "Company"). I submit this affidavit pursuant to Local Bankruptcy Rule 1007-2 in support of the Debtor's petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed on the date hereof and to assist the Court and other interested parties in understanding the circumstances that compelled the commencement of this Chapter 11 case. There is no other or prior bankruptcy case filed by or against the Debtor. There has not been a committee of creditors organized prior to the order for relief in the Chapter 11 case.

277934v1

2.      Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge, my review of the relevant documents, or my opinion based upon experience, knowledge, and information concerning the Company's operations and financial affairs. If called upon to testify, I would testify competently to the facts set forth in this Affidavit. I am authorized to submit this Affidavit on behalf of the Debtor.

3.      The Debtor is a single asset real estate case consisting of vacant land located at 709-717 North Penn Street Philadelphia, Pennsylvania (the "Property").

4.      The Debtor, a Pennsylvania limited partnership formed on August 15, 2005, was established for the purpose of building a hotel and condominium complex on the Property under the name Trump Tower, PA. Due to the collapse of the real estate market in the Philadelphia area the Debtor has been unable to move forward with the project.

5.      The Debtor's secured creditor, U.S. Bank National Association (the "Bank") has obtained a writ of execution from the Court of Common Pleas of Philadelphia County, Pennsylvania (the "Writ") and has scheduled a Sheriff's sale, based upon the Writ and a judgment of foreclosure, for January 8, 2013 at 10 A.M. The purpose of the Chapter 11 filing is to stay the Sherriff's foreclosure sale and allow the Debtor an opportunity to obtain investors which will enable it to complete the original project or a similar project.

6.      There has been no previous Chapter 7 or Chapter 13 case nor has there been any committee organized prior to this Chapter 11 filing.

7.     Attached as **Exhibit 1** is a list containing the names and addresses of the Debtor's twenty largest unsecured claims excluding insiders.  In addition, to the extent available, the telephone number and contact person with respect to each such creditor is listed.

8.     The Debtor believes that U.S. Bank National Association is its only secured creditor (see annexed **Exhibit 2**).  While there are other creditors that may have judgments against the Debtor's Property, the Debtor believes that the amount owed to the Bank exceeds the value of the Property and as such any judgment creditors are unsecured.

9.     The judgment amount owed to the Bank is $16,876,972.00 as of September 2012.

10.    The Debtor does not know the exact value of the Property but believes the amount is less than the amount owed to the Bank.

11.    As set forth previously, the Debtor is a Pennsylvania Limited Partnership. Attached hereto as **Exhibit 3** is a list containing the names and addresses of its General Partner and limited partners.

12.    No property of the Debtor is in possession or custody of any custodian or public officer except to the extent that (a) Douglas Wilson Companies was appointed receiver for the Property by Order docketed February 2, 2012, and (b) a sheriff's sale is scheduled for January 8, 2013.

13.    The Debtor operates and manages its business out of offices located at 44 Wall Street 2nd Floor, New York, New York 10005.

14.    The Debtor's books and record are located at 44 Wall Street, New York, New York 10005.

15.    A copy of the most recent balance sheet is attached hereto as **Exhibit 4**.

16.    The Debtor is controlled by its General Partner, the Leser Group LP, which in turn is operated by its General Partner Pier 35 1/2, LLC and the undersigned is the manager of said LLC.

17.    The Debtor does not anticipate having a payroll or conducting any business operations during the period of thirty (30) days following the filing of the Chapter 11 petition.

18.    The Debtor verily believes, that under the aegis of the Bankruptcy Court, it will be able to restructure its business and prepare a plan of reorganization.

19.    The foregoing is true to the best of my knowledge, information and belief.

VTE PHILADELPHIA, LP
Debtor and Debtor in Possession

By:___s/ Joseph Tyrnauer_____
        Joseph Tyrnauer
        Manager of Pier 35 1/2, LLC
        General Partner of the Leser
        Group LP, the General Partner
        of the Debtor

Sworn to before me this __7th___
day of January, 2013

_s/ Alex Spizz_____
Notary Public, State of New York
No. 30-4628250
Qualified in Nassau County
Commission Expires March 30, 2013

**EXHIBIT 1**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **VTE Philadelphia, LP**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| **Alesker & Dundon Architects** 718 Arch Street Philadelphia, PA 19106 | **Alesker & Dundon Architects** 718 Arch Street Philadelphia, PA 19106 | | | 210,281.26 |
| **Ballard Spahr Andrews & Ingersoll, LLP** 1735 Market Street, 51st Fl Philadelphia, PA 19103-7599 | **Ballard Spahr Andrews & Ingersoll, LLP** 1735 Market Street, 51st Fl Philadelphia, PA 19103-7599 | | | 72,435.46 |
| **BP Independent Reprographics** 295 Madison Avenue New York, NY 10017 | **BP Independent Reprographics** 295 Madison Avenue New York, NY 10017 | | | 35,633.49 |
| **Bradford** 710 Sunnyvale Drive Wilmington, NC 28412 | **Bradford** 710 Sunnyvale Drive Wilmington, NC 28412 | | | 18,000.00 |
| **BSD Realty Worldwide Inc.** 174 Fifth Avenue Suite 301 New York, NY 10010 | **BSD Realty Worldwide Inc.** 174 Fifth Avenue Suite 301 New York, NY 10010 | | | 30,000.00 |
| **Case Foundation** 850 Cassatt Rd Suite 370 Berwyn, PA 19312 | **Case Foundation** 850 Cassatt Rd Suite 370 Berwyn, PA 19312 | | | 443,700.00 |
| **Cashman LLC** t/a Cashman & Associates 1000 North Hancock Street Philadelphia, PA 19123 | **Cashman LLC** t/a Cashman & Associates 1000 North Hancock Street Philadelphia, PA 19123 | | | 21,743.64 |
| **City of Philadelphia** Municipal Services Building 1401 JFK Blvd. Philadelphia, PA 19102 | **City of Philadelphia** Municipal Services Building 1401 JFK Blvd. Philadelphia, PA 19102 | | | 294,473.00 |
| **Crowell Moring** 590 Madison Avenue #20 New York, NY 10022 | **Crowell Moring** 590 Madison Avenue #20 New York, NY 10022 | | | 9,456.50 |

B4 (Official Form 4) (12/07) - Cont.

In re   **VTE Philadelphia, LP**                                          Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Grenwald Waldron Associates**<br>**260 Haverford Ave**<br>**P.O. Box 525**<br>**Philadelphia, PA 19072** | **Grenwald Waldron Associates**<br>**260 Haverford Ave**<br>**P.O. Box 525**<br>**Philadelphia, PA 19072** | | | 11,516.64 |
| **Hudson Engineering**<br>**840 Cooper Street**<br>**Camden, NJ 08101** | **Hudson Engineering**<br>**840 Cooper Street**<br>**Camden, NJ 08101** | | | 11,695.62 |
| **Keaton Building Corp.**<br>**The Phoenix - Suite 300**<br>**1600 Arch Street**<br>**Philadelphia, PA 19103-2028** | **Keaton Building Corp.**<br>**The Phoenix - Suite 300**<br>**1600 Arch Street**<br>**Philadelphia, PA 19103-2028** | | | 21,466.58 |
| **Kennedy Fabrications**<br>**247 West 37th Street**<br>**New York, NY 10018** | **Kennedy Fabrications**<br>**247 West 37th Street**<br>**New York, NY 10018** | | | 12,047.00 |
| **Langan Engineering**<br>**& Environmental Services, Inc.**<br>**30 South 17th, Suite 1300**<br>**Philadelphia, PA 19103** | **Langan Engineering**<br>**& Environmental Services, Inc.**<br>**30 South 17th, Suite 1300**<br>**Philadelphia, PA 19103** | | | 154,007.75 |
| **Laval Corp.**<br>**1123 Broadway**<br>**Suite 807**<br>**New York, NY 10010** | **Laval Corp.**<br>**1123 Broadway**<br>**Suite 807**<br>**New York, NY 10010** | | | 404,860.68 |
| **Luxury Marketing and Sales**<br>**44 Wall Street**<br>**2nd Fl**<br>**New York, NY 10005** | **Luxury Marketing and Sales**<br>**44 Wall Street**<br>**2nd Fl**<br>**New York, NY 10005** | | | 136,200.00 |
| **Multi Capital Group**<br>**44 Wall Street**<br>**2nd Fl**<br>**New York, NY 10005** | **Multi Capital Group**<br>**44 Wall Street**<br>**2nd Fl**<br>**New York, NY 10005** | | | 533,825.00 |
| **Niche Media Holding, LLC**<br>**100 Church Street**<br>**7th Floor**<br>**New York, NY 10007** | **Niche Media Holding, LLC**<br>**100 Church Street**<br>**7th Floor**<br>**New York, NY 10007** | | | 10,732.33 |
| **Sherman Advertising**<br>**902 Broadway**<br>**New York, NY 10010** | **Sherman Advertising**<br>**902 Broadway**<br>**New York, NY 10010** | | | 120,471.83 |
| **Tabas Funding**<br>**355 W. Lancaster Avenue**<br>**Building E, Suite 1**<br>**Haverford, PA 19041** | **Tabas Funding**<br>**355 W. Lancaster Avenue**<br>**Building E, Suite 1**<br>**Haverford, PA 19041** | | | 15,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **VTE Philadelphia, LP**                                        Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Authorized Representative of Leser Group, LP - Gen. Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 7, 2013**_____        Signature   **/s/ Joseph Tyrnauer**_____
                                                              **Joseph Tyrnauer**
                                                              **Authorized Representative of Leser Group, LP - Gen.**
                                                              **Partner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**EXHIBIT 2**

U.S. Bank National Association
1650 Tysons Blvd.
Suite 1580
McLean, VA 22102

**EXHIBIT 3**

# United States Bankruptcy Court
## Southern District of New York

In re    **VTE Philadelphia, LP**

_____
Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **825 East Gate Holdings**<br>**825 East Gate Boulevard**<br>**Garden City, NY 11530** | | | **Limited Partner** |
| **BF Capital LP**<br>**c/o Met Bankbenny Fishoff**<br>**99 Park Avenue, 4th Fl**<br>**New York, NY 10016** | | | **Limited Partner** |
| **Elan Jaffa**<br>**2394 Nostrand Avenue**<br>**Brooklyn, NY 11210** | | | **Limited Partner** |
| **Fishoff Family Foundation**<br>**c/o Metropolitan National Bank**<br>**99 Park Avenue, 4th Fl**<br>**New York, NY 10016** | | | **Limited Partner** |
| **Leo Zisman**<br>**40 Maple Avenue**<br>**Cedarhurst, NY 11516** | | | **Limited Partner** |
| **Leser Group**<br>**1481 47th Street**<br>**Brooklyn, NY 11234** | | | **General Partner** |
| **Morris Rand**<br>**3077 Bedford Avenue**<br>**Brooklyn, NY 11210** | | | **Limited Partner** |
| **Penn Partners LLC**<br>**11 Fox Lane**<br>**Spring Valley, NY 10977** | | | **Limited Partner** |
| **Penn St Investors**<br>**7 Rival Street**<br>**Tel Aviv 67778**<br>**ISRAEL** | | | **Limited Partner** |
| **Philly Partners**<br>**100 Hewes Street**<br>**4th Floor**<br>**Brooklyn, NY 11211** | | | **Limited Partner** |

**1**    continuation sheets attached to List of Equity Security Holders

In re     **VTE Philadelphia, LP**                                                                Case No. _____

_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **S&B Trump Philadelphia LLC**<br>**c/o Fred Schwartz**<br>**13967 Cedar Road, Suite 200**<br>**Cleveland, OH 44118** | | | **Limited Partner** |
| **ZM Penn LLC**<br>**c/o Leo Schwimmer**<br>**1556 57th Street**<br>**Brooklyn, NY 11219** | | | **Limited Partner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of Leser Group, LP - Gen. Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **January  7, 2013**_____          Signature _**/s/ Joseph Tyrnauer**_____

**Joseph Tyrnauer**
**Authorized Representative of Leser Group, LP - Gen. Par**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet _**1**___ of _**1**__ continuation sheets attached to the List of Equity Security Holders

**EXHIBIT 4**

# VTE Philadelphia, LP
# Balance Sheet
### As of January 6, 2013

|                                            | Jan 6, 13     |
|--------------------------------------------|---------------|
| **ASSETS**                                 |               |
| **Current Assets**                         |               |
| **Checking/Savings**                       |               |
| US Bank Savings Account (CD )              | 729,261.64    |
| US Bank Checking                           | 1,198.73      |
| 1020   Key Bank Checking                   | -583.14       |
| 1030   Key Bank Money Market               | 96.40         |
| **Total Checking/Savings**                 | 729,973.63    |
|                                            |               |
| **Other Current Assets**                   |               |
| 1220 · Loan Exchange                       |               |
| Heron Development LLC                      | -53,200.00    |
| Eli Verschleiser                           |               |
| Kelsey Consulting                          | -50,000.00    |
| EJ                                         | -350,000.00   |
| **Total Eli Verschleiser**                 | -400,000.00   |
|                                            |               |
| Multi Capital Group                        | -522,260.00   |
| Chaim Shia Babad                           | 1,300,000.00  |
| Leser Group                                | -150,000.00   |
| Luxury Marketing and Sales                 | 159,220.00    |
| Total 1220 · Loan Exchange                 | 333,760.00    |
|                                            |               |
| **Total Other Current Assets**             | 333,760.00    |
|                                            |               |
| **Total Current Assets**                   | 1,063,733.63  |
|                                            |               |
| **Fixed Assets**                           |               |
| 3030 · Real Estate Holdings                | 10,471,817.26 |
| **Total Fixed Assets**                     | 10,471,817.26 |
|                                            |               |
| **TOTAL ASSETS**                           | 11,535,550.89 |
|                                            |               |
| **LIABILITIES & EQUITY**                   |               |
| **Liabilities**                            |               |
| **Current Liabilities**                    |               |
| **Accounts Payable**                       |               |
| 2000 · Accounts Payable                    | 1,682,475.03  |
| **Total Accounts Payable**                 | 1,682,475.03  |
|                                            |               |
| **Other Current Liabilities**              |               |
| Short Term Loan                            |               |
| Joseph Tyrnauer                            |               |
| WTC Construction                           | 13,009.00     |

12:50 PM
01/06/13
Accrual Basis

# VTE Philadelphia, LP
# Balance Sheet
### As of January 6, 2013

|  | Jan 6, 13 |
|---|---|
| **Joseph Tyrnauer - Other** | 5,000.00 |
| **Total Joseph Tyrnauer** | 18,009.00 |
|  |  |
| **Total Short Term Loan** | 18,009.00 |
|  |  |
| **Total Other Current Liabilities** | 18,009.00 |
|  |  |
| **Total Current Liabilities** | 1,700,484.03 |
|  |  |
| **Long Term Liabilities** |  |
| Loan from US Bank | 10,636,695.68 |
| 2040 · Loan from Intervest Bank | 4,977,535.02 |
| 2010 · Long term investments |  |
|    Philly Partners LLC | 500,000.00 |
|    Elan Jaffa | 500,000.00 |
|    Zisman | 1,000,000.00 |
|    Schwimmer | 999,982.00 |
|    Rand | 500,000.00 |
|    Penn Partners LLC | 1,499,980.00 |
|    825 East Gate Holdings | 1,000,000.00 |
|    Schwartz Law Firm | 1,500,000.00 |
|    Chaim Miller | 503,200.00 |
|    Eurowell Estate LTD. Cambridge | 1,000,000.00 |
|    Ben Fishoff | 2,000,000.00 |
|    VTM LLC | 1,000,000.00 |
|    Sorek | 500,000.00 |
| Total 2010 · Long term Investments | 12,503,162.00 |
|  |  |
| **Total Long Term Liabilities** | 28,117,392.70 |
|  |  |
| **Total Liabilities** | 29,817,876.73 |
|  |  |
| **Equity** |  |
| 3010 · Retained Earnings | -18,282,325.84 |
| **Total Equity** | -18,282,325.84 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 11,535,550.89 |

## United States Bankruptcy Court
### Southern District of New York

In re   __VTE Philadelphia, LP__ _____   Case No. _____

                                    Debtor(s)          Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of Leser Group, LP - Gen. Partner of the partnership named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __January  7, 2013__ _____        __/s/ Joseph Tyrnauer__ _____

                                                    **Joseph Tyrnauer/Authorized Representative of Leser Group, LP -**
                                                    **Gen. Partner**
                                                    Signer/Title

ALESKER & DUNDON ARCHITECTS
718 ARCH STREET
PHILADELPHIA, PA 19106

AVIATION MANAGEMENT ASSOCIATES
8752 CENTER RD
SPRINGFIELD, VA 22152

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP
1735 MARKET STREET, 51ST FL
PHILADELPHIA, PA 19103-7599

BLACK BOX NETWORK SERVICES
540 TOWNSHIP LINE ROAD
BLUE BELL, PA 19422

BOOMERANG
9155 RIVER ROAD
PENNSAUKEN, NJ 08110

BP INDEPENDENT REPROGRAPHICS
295 MADISON AVENUE
NEW YORK, NY 10017

BRADFORD
710 SUNNYVALE DRIVE
WILMINGTON, NC 28412

BSD REALTY WORLDWIDE INC.
174 FIFTH AVENUE
SUITE 301
NEW YORK, NY 10010

CASE FOUNDATION
850 CASSATT RD
SUITE 370
BERWYN, PA 19312

CASHMAN LLC
T/A CASHMAN & ASSOCIATES
1000 NORTH HANCOCK STREET
PHILADELPHIA, PA 19123

CITY OF PHILADELPHIA
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD.
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
DEPARTMENT OF WATER & SEWER
1401 JFK BLVD., SECOND FLOOR
PHILADELPHIA, PA 19102

CITY OF PHILADELPHIA
DELINQUENT REAL ESTATE DIV.
P.O. BOX 1409
PHILADELPHIA, PA 19105

CITY OF PHILADELPHIA LAW DEPT.
DEPARTMENT, REVENUE
1515 ARCH STREET, 15TH FL
PHILADELPHIA, PA 19102-1508

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
P.O. BOX 281230
HARRISBURG, PA 17128-1230

CROWELL MORING
590 MADISON AVENUE #20
NEW YORK, NY 10022

DUGGAL
10 WEST 24TH STREET
NEW YORK, NY 10010

EMG
11011 MCCORMICK RD
HUNT VALLEY, MD 21031

GRENWALD WALDRON ASSOCIATES
260 HAVERFORD AVE
P.O. BOX 525
PHILADELPHIA, PA 19072

HAUTE LIVING MAGAZINE
1101 BRICKELL AVENUE
SUITE 1202
MIAMI, FL 33131

HUDSON ENGINEERING
840 COOPER STREET
CAMDEN, NJ 08101

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

KEATON BUILDING CORP.
THE PHOENIX - SUITE 300
1600 ARCH STREET
PHILADELPHIA, PA 19103-2028

KENNEDY FABRICATIONS
247 WEST 37TH STREET
NEW YORK, NY 10018

LANGAN ENGINEERING
& ENVIRONMENTAL SERVICES, INC.
30 SOUTH 17TH, SUITE 1300
PHILADELPHIA, PA 19103

LANGSAM, HENRY I.
1616 WALNUT STREET
SUITE 1700
PHILADELPHIA, PA 19103

LAVAL CORP.
1123 BROADWAY
SUITE 807
NEW YORK, NY 10010

LAW OFFICE OF GREGORY A. SMITH
123 S. BROAD STREET
SUITE 1920
PHILADELPHIA, PA 19109

LESER GROUP
1481 47TH STREET
BROOKLYN, NY 11234

LINK-UP
4615 DERBY LANE
DOYLESTOWN, PA 18901

LIPSKY AND BRANDT
1101 MARKET STREET
SUITE 2820
PHILADELPHIA, PA 19107


LUXURY MARKETING AND SALES
44 WALL STREET
2ND FL
NEW YORK, NY 10005


MULTI CAPITAL GROUP
44 WALL STREET
2ND FL
NEW YORK, NY 10005


NEW LIGHT ELECTRIC CO.
1818 MARKET STREET
PHILADELPHIA, PA 19103


NICHE MEDIA HOLDING, LLC
100 CHURCH STREET
7TH FLOOR
NEW YORK, NY 10007


NYC DEPT OF FINANCE
345 ADAMS ST. - 3RD FL.
ATTN.: LEGAL AFFAIRS DIV.
BROOKLYN, NY 11201-3719


NYS DEPT OF TAX & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INS. FUND
P.O. BOX 551
BROOKLYN, NY 11201


ONE LIBERTY PLACE
1650 MARKET ST
PHILADELPHIA, PA 19178


ORTH RODGERS ASSOCIATES
230 SOUTH BROAD ST
PHILADELPHIA, PA 19102

PGW - COLLECTION DEPARTMENT
800 W. MONTEGOMERY AVE.
3RD FLOOR
PHILADELPHIA, PA 19122


RCC INTERIOR DESIGNS
110 SOUTH FRONT ST
PHILADELPHIA, PA 19106


RICHARD C. SOKORAI, ESQ.
HIGH SWARTZ, P.C.
40 EAST AIRY ST. , P.O.BOX 671
NORRISTOWN, PA 19404


ROOFSCAPES
7114 MCCALLUM ST
PHILADELPHIA, PA 19119


SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279


SHERMAN ADVERTISING
902 BROADWAY
NEW YORK, NY 10010


STANTEC CONSULTING SERVICES
13980 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


TABAS FUNDING
355 W. LANCASTER AVENUE
BUILDING E, SUITE 1
HAVERFORD, PA 19041


TRACEY MECHANICAL
8 CAMPUS BLVD.
NEWTOWN SQUARE, PA 19073


U.S. BANK NATIONAL ASSOCIATION
1650 TYSONS BLVD.
SUITE 1580
MC LEAN, VA 22102

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT - ROOM 417
NEW YORK, NY 10007

VIRTUAL SCIENCE
1639 ROUTE 10 EAST
PARSIPPANY, NJ 07054

WACHTEL & MAYSR
885 SECOND AVENUE
NEW YORK, NY 10017