**REED SMITH LLP**
Eric A. Schaffer
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
Email:  eschaffer@reedsmith.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| VTE PHILADELPHIA, LP | : | Bankruptcy Case No. 13-10058-alg |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for U.S. Bank National Association ("U.S. Bank"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the United States Bankruptcy Code ("Bankruptcy Code"), requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon the parties identified below and further request that they be added to the master service list:

Eric A. Schffer, Esq.
**REED SMITH LLP**
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
Email:  eschaffer@reedsmith.com

- 2 -

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed a consent to or waiver of U.S. Bank's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs or recoupments to which U.S. Bank is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: January 9, 2013

        Respectfully submitted,

        REED SMITH LLP

        By: */s/ Eric A. Schaffer*
            Eric A. Schaffer
            599 Lexington Avenue
            22nd Floor
            New York, NY 10022
            Telephone: 212-521-5400
            Facsimile: 212-521-5450
            Email: eschaffer@reedsmith.com

        *Attorneys for U.S. Bank National Association*