NACHAMIE SPIZZ COHEN & SERCHUK, P.C.
Proposed Counsel to **VTE Philadelphia, LP**
Debtor and Debtor-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz, Esq.
Arthur Goldstein, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                              Chapter 11

VTE PHILADELPHIA, LP,                                Case No. 13-10058 (ALG)

                              Debtor.
----------------------------------------------------------x

## STATEMENT PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that:

1. The undersigned is the attorney for the debtor in this case.

2. The compensation paid or agreed to be paid by the debtor to the undersigned is:

    (a) for legal services rendered or to be rendered in
    contemplation of and in connection with this case:                    $50,000[1]

    (b) prior to filing this statement, debtor(s) have paid:                $50,000

    (c) the unpaid balance due and payable is:                                   $0

3. $1,213.00 of the filing fee in this case has been paid.

4. The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other

---

[1] $11,080.50 of which was applied for services rendered to the Debtor prepetition in connection with the preparation for filing the Chapter 11 proceeding.

277940v1

documents required by the court.

(c) representation of the debtor at the meeting of creditors.

5. The source of payments made by the debtor to the undersigned was from third parties for services performed.

6. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from third parties for services performed.

7. The undersigned has received no transfer, assignment or pledge of property except as stated herein.

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as stated herein.

Dated: New York, New York
January 9, 2013

                NACHAMIE SPIZZ COHEN & SERCHUK, P.C.
                Proposed Attorneys for Debtor

                By:   s/ Arthur Goldstein
                      Alex Spizz, Esq.
                      Arthur Goldstein, Esq.
                      425 Park Avenue
                      New York, New York 10022
                      (212) 754-9400