**REED SMITH LLP**
Eric A. Schaffer
Sarah K. Kam
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: 212-521-5400
Facsimile: 212-521-5450
Email: eschaffer@reedsmith.com;
      skam@reedsmith.com

*Attorneys for U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| VTE PHILADELPHIA, LP | : | Bankruptcy Case No. 13-10058-alg |
| | : | |
| Debtor. | : | |

### DECLARATION OF GREGG GEHRKE

1.    I am a Vice President, US Bank National Association, Special Assets Group. I have personal knowledge of the matters set forth in this declaration and could, if called as a witness, testify competently as to each fact set forth herein.

2.    U.S. Bank has not received monthly payments of interest at the non-default rate from the Debtor. However, on April 24, 2013 at 4:05 p.m., U.S. Bank received a wire transfer in the amount of $5,000 from Edith Leser. A true and correct copy of the wire confirmation is attached hereto as Exhibit A.

3.    The taxes on the Mortgaged Property[1] have not been paid by the Debtor.

4.    Specifically, there was a deadline of March 31, 2013 to pay taxes on the Mortgaged Property in the amount of $65,661.12.

5.    The Debtor has failed to pay this tax bill.

---

[1]    Capitalized terms not defined herein have the meanings ascribed to such terms in the Motion.

- 2 -

6. The taxes on the Mortgaged Property continue to accrue, together with interest and penalties on any past-due obligations.

7. A true and correct copy of the tax bill is attached hereto as Exhibit B.

_____
Gregg Gehrke

**EXHIBIT A**

 **Account: 000160234528703**
wiremail  to: SAG.LEGACY.WIRE.NOTIFICATION                    04/24/2013 04:05 PM

```
********** ADVICE TOP OF FORM ****
WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN   55164-0830
USBNA SPECIAL ASSETS WIRE TRANSFER
CLEARING AC                                PAR : 130424032784
BC-MN-H22A
ATTN JIM NELSON
00000
Dear Wire Transfer Customer,
We confirm that we are crediting your account number               with
the sum of USD             5,000.00 , with value  04/24/2013 in respect
of the following transaction.     PAR : 130424032784
IMAD:20130424B1QGC06C005362
Originator:
-----------------

EDITH LESER

BROOKLYN, NY 112192635
Sender :
---------

JPMCHASE           NY
JPMCHASE NYC
Beneficiary :                      Payment Details
-------------------                ---------------
                                   BMG OF 13/04/24
US BANK
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402 US
OBI :
---------
ACCOUNT NAME VTE PHILADELPHIA LP
LOAN NUMBER 0000000042
Beneficiary Info :
-------------------------
SPECIAL ASSETS CLEARING ACCOUN
T
This information is confidential.  If it was received in error or you
have any inquiries regarding this wire transfer, please contact
US Bank Wire Transfer Customer Service at (888) 799-4737.
```

## **EXHIBIT B**

Phila.Gov   |   Mayor's Office   |   City Council   |   Business   |   Residents   |   Leisure   |   Philly311

| Home | Payment Options | FAQs | Contact Information |

**Look Up Real Estate Tax**

by Property Address

by BRT Number

(9-digits, no dashes)

**Windows 8 / Internet Explorer 10 users:**
Please enable Compatibility View by clicking the Compatibility View button on the address bar. [?]

If you are still having technical difficulties viewing the application, please contact us at 215-686-6628.

**City of Philadelphia Real Estate Tax**

The City and the School District of Philadelphia impose a tax on all real estate in the City pursuant to Philadelphia Code Chapter 19-1300, as authorized by 72 P.S. [section sign] 5020-201. The Office of Property Assessment (OPA) determines the value of the property on which the taxes must be paid.

Real Estate Tax bills are sent in December for the following year and payments are due March 31st. If you pay on or before the last day of February, you receive a 1% discount. If you pay after March 31, you are subject to increased charges which are collectively called "additions". At year-end these charges are capitalized and become tax principal on which interest and penalty will accrue.

For questions about your account, please forward an email to **revenue@phila.gov** or call 215-686-6442.

For questions about account payoffs, forward an email to **retaxpayoff@phila.gov**. To receive payoff amounts, please e-mail the statement of claim number from the legal action, the property address and/or the Office of Property Assessment number to **retaxpayoff@phila.gov** or fax it to 215-686-0582.

Scroll down to view all results

**Customer Information**

**BRT#:** 884018923

**Property Address:** 00709 - 17 N PENN ST

**Owner Name:** VTE PHILADELPHIA LP

**Lien Sale Account:**

*If Lien Sale Account is marked Y, the amount due listed may not include all Real Estate Tax liabilities. Call 215-790-1117 for more information.*

**Includes Payments Through:** 03/02/2013



**Real Estate Tax Balance Information**

| Year | Principal | Interest | Penalty | Other | Total | Lien# | City Solicitor | Status |
|---|---|---|---|---|---|---|---|---|
| 2001 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2003 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2010 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2011 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| 2013 | $65,661.12 | $0.00 | $0.00 | $0.00 | $65,661.12 | | | |
| **TOTALS** | **$65,661.12** | **$0.00** | **$0.00** | **$0.00** | **$65,661.12** | | | |

An amount in parenthesis, e.g., ($1.00) indicates an overpayment for that year.

**Lien Status Descriptions**

**LBR** - collections being pursued by Linebarger Collection Agency. Please call (215)790-1117

**GRB** - collections being pursued by GRB Collection Agency. Please call (866)677-5970

**AGRE** - active payment agreement plan in effect for delinquent taxes

**INST** - active installment payment plan in effect for current taxes

All Contents Copyright © 2009 City of Philadelphia      City Archive - PHILS | Technical Problems: webissues@phila.gov | HIPAA Privacy Policy | Right To Know Policy | Terms of Use